AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**Torez Riley**<br>DOB: ▮▮▮▮▮<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Case: 1:25-mj-00154<br>Assigned To: Judge Upadhyaya. Moxila A.<br>Assign. Date: 8/20/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 18, 2025__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm or Ammunition |
| 22 D.C. Code § 4503(a)(1) | Unlawful Possession of Firearm |

This criminal complaint is based on these facts:
See attached Statement of Facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

Daniel Reid, MPD Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: __08/20/2025__

_____
Judge's signature

City and state: __Washington, DC__       Moxila A. Upadhyaya, Magistrate Judge
Printed name and title