UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**TOREZ RILEY,**<br><br>    Defendant. | Case No. 25-mj-00154 (MAU) |

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss the criminal complaint against defendant Torez Riley, without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a).  The government has determined that dismissal of this matter is in the interests of justice.  The government further notes that Mr. Riley has an outstanding arrest warrant from the Circuit Court of Prince George's County Maryland.  Therefore, the government requests that the Court dismiss the criminal complaint against defendant Torez Riley without prejudice.

Respectfully submitted,

JEANNINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    */s/ Benjamin Helfand*
       Benjamin Helfand
       Assistant United States Attorney
       D.C. Bar No. 1658708
       601 D Street NW
       Washington, D.C. 20052
       202-252-7059
       Benjamin.Helfand@usdoj.gov