# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 25-mj-00154 (MAU) |
| v. | |
| **TOREZ RILEY,** | |
| Defendant. | |

## PROPOSED ORDER

Upon consideration of the government's Motion to Dismiss Complaint Without Prejudice ("government's motion") and any opposition thereto, it is hereby ORDERED that the government's motion is GRANTED and the complaint shall be DISMISSED without prejudice.

Date: August 25, 2025

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE