**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**    ) | |
| ) | |
| v.    ) | **Crim. No. 1:25MJ154** |
| ) | |
| **TOREZ RILEY**    ) | |

**RESPONSE TO THE ORDER OF THE COURT**

Torez Riley, through counsel, hereby responds to the Court's Minute Order, directing counsel as follows:

> The Court ORDERS that by November 12, 2025, Defendant shall show cause why the Court's [17] Memorandum Opinion and [16] Order in No. 25-mj-170 should not govern the outcome of this matter.

Mr. Riley takes no position as to whether the Court's Memorandum Opinion in 25MJ170, which addresses the issue of dismissal with or without prejudice, should govern the outcome of Mr. Riley's pending motion.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER
/s/

_____
Elizabeth Mullin
Joanna Perales
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
202-208-7500